Exhibit 1

----------- Original Message -----------
From: "OKEE Maritime - Chartering" <chartering@okee-maritime.com>
Date: Thursday, March 24th 2022 at 11:31 pm
Subject: Re: ACCESS WORLD / BALTNAV - CP Details
To: "Julian Busch - Singapore Chartering" <singapore@baltnav.com>
Cc:

Julian / Nils

Pleased to lifting charterers subjects thus we are clean fixed as per the recap below. Charterers have accepted to use Congenbill 1993, 2007 & 2016. Thank you very much for all your hard work for this fixture. It was a long run! Pleasure working with you.

Start clean recap incl details +++

SUB S/S/R/C APPROVAL TO BE LIFTED 24 HRS SSHEX AFMT AND CP DTLS AGREED – **SUBS LIFTED**

Vessel:
-MAX 20 YEARS WITH MIN 30 MT GEAR, Box Shaped/Semi-Boxy/Box Like , double skin, steelfloored, 5 ho/ha, grd min 4x30 mts, suitable to load intended cargo.

-OWNERS TO PROVIDE DETAILED VESSEL DESCIPTION WITH NOMINATION AND PICTURES OF THE HOLDS.
-FIRM NOMINATION LATEST 14D PRIOR BEG OF LAYCAN

- Sub to receive fulfilled attached Chrts „legal and insurance due diligence" quest

- Vessel not owned, controlled, or operated by any person connected with Russia

- Vessel not flying the Russian flag

- Vessel not registered in Russia

-LAST 3 CARGOES – with nomination

-ITINERARY – with nomination

-HEAD OWNERS – with nomination

-CONTRACTUAL COUNTERPARTY: Baltnav Singapore Pte Ltd, 209 South Bridge Road, 3rd level, Singapore 058758 Baltnav Singapore Pte Ltd

-TECHNICAL MANAGER: – with nomination

-COMMERCIAL MANAGER: – with nomination

-DISPONENT OWNERS: – with nomination

-FREIGHT BENEFICIARY FOR THIS FIXTURE: – reverting

-BANK DETAILS: – reverting

BANK DETAILS VERIFICATION AT OWNERS': - reverting

NAME OF PERSON TO BE CONTACTED: - reverting
ROLE / TITLE:
TELEPHONE NUMBER:

CHARTERERS WILL NOT BE RESPONSIBLE FOR ANY DELAYS IN FREIGHT PAYMENTS IF THE A/C NAME AND NUMBER HAS TO BE AMENDED AT A LATER STAGE FROM THE SUBS LIFTED RECAP.
IN CASE VESSEL ARRIVED AT DISCHARGE PORT, OWNERS WILL BE OBLIGED TO RELEASE CARGO WITHOUT HAVING RECIVED THE PAYMENT.

OWNERS CONFIRM THEY ~~APPLY~~ COMPLY FULLY WITH ALL ISM AND ISPS REGULATIONS AND
   FAILING ALL LOSSES, EXPENSES AND TIME IN CONNECTION WITH SAME TO BE FOR OWNERS ACCT.

OWNERS WARRANTIES

- OWNERS WARRANT THAT THE VESSEL HAS NOT BEEN INVOLVED IN ANY POLLUTION, GROUNDING, SERIOUS CASUALTY OR COLLISION INCIDENT DURING THE PAST 12 MONTHS

- OWNERS TO ADVISE DATE OF LAST PORT STATE CONTROL (PSC) INSPECTION AND WARRANT THAT ANY DEFICIENCIES HAVE BEEN CLOSED OUT WITH THE RELEVANT PSC AND THE VESSEL WAS NOT DETAINED BY THE PORT STATE CONTROL WITHIN THE LAST 12 MONTHS.

- OWNERS WARRANT THAT THE VESSEL'S CURRENT CLASSIFICATION STATUS (AS ON THE DATE OF FIXING THIS CHARTER) IS FREE OF ANY CONDITIONS OF CLASS OR RECOMMENDATIONS.

- OWNERS WARRANT THAT AT THE TIME OF FIXING THE CHARTER, THE VESSEL, OWNERS, MANAGERS AND DISPONENT OWNERS (WHERE APPLICABLE), ARE FREE OF ANY ENCUMBRANCES AND LEGAL ISSUES THAT MAY AFFECT THE VESSEL'S ACCEPTANCE BY AN OIL COMPANY AND/ OR A CHARTERER   AND/OR THE PERFORMANCE OF THE CHARTER.

- OWNERS TO PROVIDE FOLLOWING CERTS :
   - CLASS CERTIFICATE
   - CERTIFICATE OF REGISTRY
   - TONNAGE CERTIFICATE
   - ISSC
   - SMC

- DOC
- P+I ENTRY CERTIFICATE
- H+M INSURANCE CERTIFICATE
- CARGO GEAR CERTIFICATE
- GENERAL ARRANGEMENT PLAN
- HATCH PLAN

- ACCNT Access World Logistics (Singapore) Pte Ltd [UEN: 200403163E]

**Access World Logistics (Singapore) Pte Ltd [UEN: 200403163E]**

1 Paya Lebar Link · #06-01 PLQ 1 Paya Lebar Quarter · Singapore 408533

T +65 6771 5600 · F +65 6771 5797

- CARGO TO BE LOADED AS A FULL AND COMPLETE CARGO WITH DIRECT SAILING.
- A SOLE CARGO OF Min 33.000 MTS AND MAX 38.000 MTS IN OWNERS OPTION OF ALUMINIUM INGOTS IN BUNDLES
- CARGO TO BE STOWED IN ALL HOLDS, BUT ALWAYS AS PER STEVEDORES AND SHIPPERS SAFETY REGULATIONS WITH NO TIER Limitation, add"cargo always to be loading in accordance with the latest IMO/IMSBC CODE Regulations"

- MAX VESSEL'S INTAKE OWNER'S DECLARE BASIS DRAFT RESTRICTION BENDS:
- LOAD: 1 SB PORT KLANG (WEST PORT), MALAYSIA
- DISCHARGE: 1 SB ROTTERDAM
- LAYCAN: 01-12 MAY 2022, owners to try their best to meet 1-8 May
- L/RATE: 2,000 WMT PWWD 24 CONS HRS SHINC
- D/RATE: 2,500 WMT PWWD 24 CONS HRS FRI5PM SHEX UU (FRI 17hrs-mon 08:00 excluded uu)

- FREIGHT: USD 132.00 PWMT FIOT LASHED AND SECURED, LASHING, SECURING AND DUNNAGING FOR CHARTERERS ACCOUNT.

- DETENTION/ DEMURRAGE: USD 37'000 PDPR/ HALF DESPATCH

PAYMENT TERMS: 95 PERCENT FREIGHT, TO BE PAID WITHIN 3 BANKING DAYS AFTER SIGNING/RELEASING CLEAN ON BOARD "FREIGHT PAYABLE
AS PER CP" OR "FREIGHT PREPAID" BILL/S OF LADING. IN CASE OF "FREIGHT PREPAID" BILL/S OF LADING SAME TO BE RELEASED UPON CHRRS'
CONFIRMATION THAT 100PCT FREIGHT LESS AGREED DEDUCTIONS HAS BEEN IRREVOCABLY REMITTED. OWNERS UNDERTAKE NOT TO CLAUSE THE BILL(S) OF LADING/MATES RECEIPTS, [subject to headowners approval and owner's/master reserve the right to reject damaged/unsound cargoes and same to be replaced by charterers]
OR WITHHOLD SAME. THE FINALIZATION OF ACCOUNTS IS TO BE SETTLED BETWEEN OWNERS AND CHARTERERS WITHIN 30 DAYS AFTER COMPLETION OF DISCHARGE AND PRESENTATION OF FINAL FREIGHT ACCOUNT INCLUDING DEMURRAGE AND PRESENTATION OF FINAL SUPPORT COPIES OF THE NOTICE OF READINESS AND STATEMENT OF FACT AND

ALL OTHER RELEVANT SUPPORTING DOCUMENTS.

- CONGENBILL 1994, 2007 & 2016 FORM BILLS OF LADING TO BE USED in oo
- SHIFTING FROM THE ANCHORAGE TO ALL FAST ALONGSIDE THE LOADING/ DISCHARGING BERTH DOES NOT COUNT AS LAYTIME OR TIME ON DEMURRAGE
- NOR NOT TO BE TENDEREED PRIOR COMMENCEMENT OF LAY DAYS UNLESS OWNERS HAVE OBTAINED CHARTERERS PRIOR APPROVAL.
-Dunnage disposal for chrtrs/receivers account
-Slings and pre-slinging for key openings for chrtrs time and account

-Only certified dunnage to be used

AGENTS:

AT PORT KLANG:
BEN LINE AGENCIES
Lots 2.07 - 2.08, 2nd Floor, Southwest Wing Westports Business Centre Pulau Indah, 42920 Port Klang Selangor Darul Ehsan, Malaysia
+60 331 011 636
+60 331 011 860
kua.operations@benline.com.my
Capt Thomas Mathews Branch Manager
Direct    +60 33 101 1364
Mobile  +60 12 395 2312
thomas.mathews@benline.com.my
Bala M Assistant Operations Manager
Direct    +60 33 101 1368
Mobile  +60 12 383 0161
kua.operations@benline.com.my
+++

ROTTERDAM :
Noordriver Shipping BV
Singel 268
3311 HK  Dordrecht
The Netherlands
Tel        +31-78-6350750
Web     www.noordriver.com
+++

- 3.75% TTL / 2.5PCT ADDRESS COMMISSION ON FREIGHT / DEADFREIGHT / DEMURRAGE + 1.25PCT BROKER COMMISSION on FDD – BROKERAGE COMMISSION TO BE PAID DIRECTLY TO BROKERS BY OWNERS.

CONDITIONS:

-OWNER TO SATISFY THEMSELVES AND BE RESPONSIBLE FOR ANY PORT/BERTH/ANCHORAGE RESTRICTIONS/REGULATIONS INCLUDING DRAFT/AIRDRAFT AND APPROACHES AT ALL PORTS /BERTHS/ANCHORAGES

Restrictions for DP:

    Max 200 mtrs loa
- Max 32 mtrs beam
- Max 12,65 draft
- Boxshaped
- No obstacles / obstructions in hold
- Cargo to be handled with normal lifting gear
- Ship's gear in good working condition
- Clear and detailed stowplan (hatchlists)
- Clear and proper separation per bill of lading

-VESSEL HOLD'S TO BE FREE FROM ANY OBSTRUCTIONS TO NORMAL GRAB DISCHARGING SUCH AS CENTERLINES AND TANKTOP FITTINGS INCLDG STAND, RIBBINGS, PAD EYES AND SHOES FOR CONTAINERS.

-SHIPOWNER TO ALLOW FREE USE OF VESSEL GEAR THROUGHOUT THE LOADING AND DISCHARGING OPERATIONS.

-ALL LAW TO BE BASED ON ENGLISH LAW / ARBITRATION IN LONDON

-in case of substitution of nominated vessel, Owners only allowed to substitute once and to nominate final performing vessel with same critical specifications as the first nominated spec, iac not later than 5 days prior laycan

-Nominated final performer to be subject to Shippers/Receivers approval declared by Charterers latest 24 working hours after presentation of final performing vessel. add "nomination not to be unreasonably declined"

-vsl to be highest classed Lloyds or equiv, ISM code certified, not blacklisted, fully International Group P&I covered, IACS Class, minimum 3 stars rightship during currency of this CP

Additional terms to be added:

- Taxes/Dues/Wharfages, if any, on vessel a/o freight to be for owner's account all ends.
- Taxes/dues/wharfages, if any, on cargo to be for charterer's account all ends.

**CP DETAILS**

**Otherwise and apart from logical amendments/alterations, following has been mutually agreed basis ATTACHED GENCON 94 C/P AND AS PER ATTACHED TERMS TO BE INCORPORATED INTO VO CP with following changes.**

Cl.1 to read as follows: Owners to satisfy themselves as to compliance with any and all restrictions whatsoever at the loading/discharge ports, berths and/or places and warrant that the size of the performing vessel will be within the agreed tolerance.

Cl.2: Owners Responsibility Clause as per Gencon 94 and Hague Visby Rules to be incorporated, with latter to take precedence in event of conflict."

Cl.3: NOR to be tendered WWWW

[redacted]

- OWNERS UNDERTAKE NOT TO CLAUSE THE BILL(S) OF LADING/MATES RECEIPTS, subject to Headowners approval and "owners/master have the right to reject damaged/unsound cargoes and same to be replaced by charterers."

END +++

Kindly reconfirm above clean recap is in accordance with your negotiations/files/notes. If not please notify immediately.

Many thanks and best regards,
Nils

[remainder of page redacted]