# BALT

Exhibit 3

BaltNav Singapore Pte. Ltd. 209 South Bridge Road 3rd level

**Bill To:**
Access World Logistics (Singapore) Pte Ltd
1 Paya Lebar Link
#06-01 PLQ 1 Paya Lebar Quarter
Singapore 408533
SINGAPORE
VAT No:

# Freight Invoice

Invoice #: 009442FINV   Invoice Date: Sep 09 2022
Due Date: Oct 08 2022

**Vessel Name:** CRIMSON MAJESTY
**Voyage #:** 202202
**IMO Number:** 9660059
**Vessel Flag:** SINGAPORE

**Loading Port(s):** JOHOR, SINGAPORE
**Discharging Port(s):** ROTTERDAM
**B/L Date:** Jul 04 2022
**CP Date:** Mar 24 2022

| Description | Amount (USD) |
|---|---:|
| STEEL BILLETS: Freight 29.705,802 MT * 134,25 USD | 3,988,003.92 |
| Address Commission: 3.988.003,92 USD * 2.500 % | (99,700.10) |
| Demurrage for all ports (JOHOR, SINGAPORE) | 1,341,918.06 |
| Address commission 2,500% | (33,547.95) |
| Demurrage - ROTTERDAM | 305,635.42 |
| Address commission 2,500% | (7,640.89) |
| STEEL BILLETS: Freight 6.471,182 MT * 134,25 USD | 868,756.18 |
| Address Commission: 868.756,18 USD * 2.500 % | (21,718.90) |
| Previous payment on 07/07/2022 (009090FINV) | (3,688,903.62) |
| Previous payment on 19/05/2022 (008735FINV) | (803,599.47) |
| | Subtotal: 1,849,202.65 |
| Previously Invoiced | .00 |
| | **TOTAL 1,849,202.65** |

E.& O.E

Payment Terms: To be paid within 30 days after completion
**Please transfer payment without any deductions and free any bank charges to:**
DANSKE BANK
Finanscenter Kobenhavn
Holmens Kanal 2
1090 Kobenhavn K
Swift Code: DABADKKK



BaltNav Singapore Pte. Ltd. 209 South Bridge Road 3rd level

**Bill To:**
Access World Logistics (Singapore) Pte Ltd
1 Paya Lebar Link
#06-01 PLQ 1 Paya Lebar Quarter
Singapore 408533
SINGAPORE
VAT No:

# Freight Invoice

*Invoice #:* 009442FINV   *Invoice Date:* Sep 09 2022
                          *Due Date:* Oct 08 2022

**Vessel Name:** CRIMSON MAJESTY
**Voyage #:** 202202
**IMO Number:** 9660059
**Vessel Flag:** SINGAPORE

**Loading Port(s):** JOHOR, SINGAPORE
**Discharging Port(s):** ROTTERDAM
**B/L Date:** Jul 04 2022
**CP Date:** Mar 24 2022

Acct. No: ▮▮▮▮
IBAN: ▮▮▮▮
Beneficiary name:  BaltNav Singapore Pte. Ltd.
Payment reference: ▮▮▮▮