Exhibit 4

BALTNAV SINGAPORE PTE. LTD.
209 SOUTH BRIDGE ROAD, 3RD LEVEL
058758 SINGAPORE
SINGAPORE

Danske Bank
Erhverv København
Holbergsgade 2
1057 København K
Telephone (+45) 45 12 72 00
Telefax (+45) 45 12 87 62
SWIFT-BIC: DABADKKK
www.danskebank.dk

10 October 2022

Our ref. EADV-0135210646

**We have received the following transfer:**

Remitter:                                                      Ordering institution:
 ACCESS WORLD LOGISTICS (SINGAPORE)
  1,PAYA LEBAR QUARTER
  PAYA LEBAR LINK
  SINGAPORE,408533,SG

Beneficiary stated to be:

 ▮▮▮▮▮▮▮

 BALTNAV SINGAPORE PTE. LTD.

In cover of:
 PARTIAL PYMT INVOICE 009442FINV
The amount of USD 659,503.00 will be credited your account 4183237608 value 11
October 2022.
**This statement is preliminary, the final is sent after posting.**

Danske Bank A/S
CVR-nr. 61 12 62 28 - København