0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

Exhibit 5

# ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.

### Registration Number: 200403163E

# FINANCIAL STATEMENTS

### Year ended 31 December 2021

This document contains no signatures as it is system-generated from the full set of Financial Statements filed in XBRL by company with ACRA.

0518199afbf16419c145eccec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**ACCESS WORLD LOGISTICS
(SINGAPORE) PTE. LTD.**
(Registration No. 200403163E)

**DIRECTORS' STATEMENT AND
FINANCIAL STATEMENTS**

**YEAR ENDED DECEMBER 31, 2021**

0518199afbf16419c145ecec09d7a74f4b92a8756dd2148b4e7ec7e75dfbe590

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

**DIRECTORS' STATEMENT AND FINANCIAL STATEMENTS**

C O N T E N T S

|  | PAGE |
|---|---|
| Directors' statement | 1 - 2 |
|  |  |
| Independent auditor's report | 3 - 5 |
| Statement of financial position | 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of changes in equity | 8 |
| Statement of cash flows | 9 |
| Notes to financial statements | 10 - 36 |

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

**DIRECTORS' STATEMENT**

The directors present their statement together with the audited financial statements of the company for the financial year ended December 31, 2021.

In the opinion of the directors, the accompanying financial statements of the company set out on pages 6 to 36 are drawn up so as to give a true and fair view of the financial position of the company as at December 31, 2021 and the financial performance, changes in equity and cash flows of the company for the financial year then ended and at the date of this statement, there are reasonable grounds to believe that the company will be able to pay its debts when they fall due.

1    DIRECTORS

The directors of the company in office at the date of this statement are:

Jeremy Andrew Carr
Alfred Vermeulen
Gan Wan Pin

2    ARRANGEMENTS TO ENABLE DIRECTORS TO ACQUIRE BENEFITS
BY MEANS OF THE ACQUISITION OF SHARES AND DEBENTURES

Neither at the end of the financial year nor at any time during the financial year did there subsist any arrangement whose object is to enable the directors of the company to acquire benefits by means of the acquisition of shares or debentures in the company or any other body corporate.

3    DIRECTORS' INTERESTS IN SHARES AND DEBENTURES

The directors of the company have been exempted by the Accounting and Corporate Regulatory Authority ("ACRA") on May 18, 2022 from the requirements to disclose their interest in shares and debentures in the company and related corporations in this statement. The exemption order is subject to annual renewal upon application.

0518199afbf16419c145ecec09d7a74f4b92a6756dd2148b4e7ec7e75dfbe590

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

**DIRECTORS' STATEMENT**

4   SHARE OPTIONS

    *(a)   Options to take up unissued shares*

    During the financial year, no options to take up unissued shares of the company was granted.

    *(b)   Options exercised*

    During the financial year, there were no shares of the company issued by virtue of the exercise of an option to take up unissued shares.

    *(c)   Unissued shares under option*

    At the end of the financial year, there were no unissued shares of the company under option.

5   AUDITORS

    The auditors, Deloitte & Touche LLP, have expressed their willingness to accept re-appointment.

ON BEHALF OF THE DIRECTORS

......................................
Alfred Vermeulen

......................................
Gan Wan Pin

June 30, 2022

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

## INDEPENDENT AUDITOR'S REPORT TO THE MEMBER OF

## ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.

### Report on the Audit of the Financial Statements

**Opinion**

We have audited the financial statements of Access World Logistics (Singapore) Pte. Ltd. (the "company"), which comprise the statement of financial position as at December 31, 2021, and the statement of profit or loss and other comprehensive income, statement of changes in equity and statement of cash flows of the company for the year then ended, and notes to the financial statements, including a summary of significant accounting policies, as set out on pages 6 to 36.

In our opinion, the accompanying financial statements of the company are properly drawn up in accordance with the provisions of the Companies Act 1967 (the "Act") and Financial Reporting Standards in Singapore ("FRSs") so as to give a true and fair view of the financial position of the company as at December 31, 2021 and of the financial performance, changes in equity and cash flows of the company for the year ended on that date.

**Basis for Opinion**

We conducted our audit in accordance with Singapore Standards on Auditing ("SSAs"). Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Financial Statements* section of our report. We are independent of the company in accordance with the Accounting and Corporate Regulatory Authority *Code of Professional Conduct and Ethics for Public Accountants and Accounting Entities* ("ACRA Code") together with the ethical requirements that are relevant to our audit of the financial statements in Singapore, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the ACRA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

**Information Other than the Financial Statements and Auditor's Report Thereon**

Management is responsible for the other information. The other information comprises the Directors' Statement but does not include the financial statements and our auditor's report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**INDEPENDENT AUDITOR'S REPORT TO THE MEMBER OF**

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

### Responsibilities of Management and Directors for the Financial Statements

Management is responsible for the preparation of financial statements that give a true and fair view in accordance with the provisions of the Act and FRSs, and for devising and maintaining a system of internal accounting controls sufficient to provide a reasonable assurance that assets are safeguarded against loss from unauthorised use or disposition; and that transactions are properly authorised and that they are recorded as necessary to permit the preparation of true and fair financial statements and to maintain accountability of assets.

In preparing the financial statements, management is responsible for assessing the company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intends to liquidate the company or to cease operations, or has no realistic alternative but to do so.

The directors' responsibilities include overseeing the company's financial reporting process.

### Auditor's Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with SSAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with SSAs, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

(a) Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

(b) Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control.

(c) Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by management.

(d) Conclude on the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the company to cease to continue as a going concern.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**INDEPENDENT AUDITOR'S REPORT TO THE MEMBER OF**

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD**

(e) Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with the directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Report on Other Legal and Regulatory Requirements**

In our opinion, the accounting and other records required by the Act to be kept by the company have been properly kept in accordance with the provisions of the Act.

Public Accountants and
Chartered Accountants
Singapore

June 30, 2022

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

**STATEMENT OF FINANCIAL POSITION**
**December 31, 2021**

| | Note | 2021 US$ | 2020 US$ |
|---|---|---|---|
| **ASSETS** | | | |
| | | | |
| **Current assets** | | | |
| Cash and cash equivalents | 6 | 4,254,948 | 2,166,312 |
| Trade and other receivables | 7 | 27,338,505 | 23,831,887 |
| Total current assets | | 31,593,453 | 25,998,199 |
| | | | |
| **Non-current assets** | | | |
| Deposits | | 441,667 | - |
| Loans | 8 | 19,728,096 | 28,906,024 |
| Plant and equipment | 9 | 605,473 | 72,425 |
| Investment in subsidiaries | 11 | 14,462,135 | 7,691,081 |
| Right-of-use assets | 10 | 5,562,150 | 9,604,796 |
| Deferred tax assets | 13 | 551,489 | 753,418 |
| Total non-current assets | | 41,351,010 | 47,027,744 |
| | | | |
| **Total assets** | | 72,944,463 | 73,025,943 |
| | | | |
| **LIABILITIES AND EQUITY** | | | |
| | | | |
| **Current liabilities** | | | |
| Trade and other payables | 12 | 20,673,035 | 16,936,282 |
| Lease liabilities | 14 | 3,561,249 | 7,956,882 |
| Total current liabilities | | 24,234,284 | 24,893,164 |
| | | | |
| **Non-current liabilities** | | | |
| Loan | | - | 2,000,000 |
| Lease liabilities | 14 | 2,117,672 | 2,115,927 |
| Other payables | | - | 150,000 |
| Provision for reinstatement cost | | 104,253 | - |
| Total non-current liabilities | | 2,221,925 | 4,265,927 |
| | | | |
| **Capital and reserves** | | | |
| Share capital | 15 | 1,898,523 | 1,898,523 |
| Retained earnings | | 44,589,731 | 41,968,329 |
| Total equity | | 46,488,254 | 43,866,852 |
| | | | |
| **Total liabilities and equity** | | 72,944,463 | 73,025,943 |

See accompanying notes to financial statements.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ac7e75dfbe590

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

**STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME**
**Year ended December 31, 2021**

|  | Note | 2021 US$ | 2020 US$ (Restated) |
|---|---|---|---|
| **Revenue** | 16 | 59,419,196 | 46,639,950 |
| Cost of sales | | (49,870,412) | (40,956,572) |
| **Gross profit** | | 9,548,784 | 5,683,378 |
| Other Income | 17 | 659,332 | 2,486,471 |
| Administrative expenses | | (5,622,661) | (7,676,772) |
| Distribution costs | | (371,356) | (322,452) |
| Other expenses | | (752,502) | (588,766) |
| Finance costs | 18 | (613,485) | (875,662) |
| **Profit (Loss) before income tax** | 19 | 2,848,112 | (1,293,803) |
| Income tax expense | 20 | (226,710) | (43,439) |
| **Profit (Loss) for the year, representing total comprehensive income (loss) for the year** | | 2,621,402 | (1,337,242) |

See accompanying notes to financial statements.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

**STATEMENT OF CHANGES IN EQUITY**
**Year ended December 31, 2021**

| | Share capital | Retained earnings | Total |
|---|---|---|---|
| | US$ | US$ | US$ |
| Balance at January 1, 2020 | 1,898,523 | 43,305,571 | 45,204,094 |
| Loss for the year, representing total comprehensive loss for the year | - | (1,337,242) | (1,337,242) |
| Balance at December 31, 2020 | 1,898,523 | 41,968,329 | 43,866,852 |
| Profit for the year, representing total comprehensive income for the year | - | 2,621,402 | 2,621,402 |
| Balance at December 31, 2021 | 1,898,523 | 44,589,731 | 46,488,254 |

See accompanying notes to financial statements.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

**STATEMENT OF CASH FLOWS**
**Year ended December 31, 2021**

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| **Operating activities** | | |
| Profit (Loss) before income tax | 2,848,112 | (1,293,803) |
| Adjustments for: | | |
| Interest income (Note 17) | (153,370) | (452,053) |
| Depreciation of plant and equipment (Note 9) | 90,127 | 72,330 |
| Depreciation of right-of-use assets (Note 10) | 10,648,537 | 12,675,700 |
| Finance costs (Note 18) | 613,485 | 875,662 |
| Loss on disposal of plant and equipment | 29,891 | - |
| Gain on sale of investment | - | (514,250) |
| Write-back of doubtful debts | (24,488) | (111,129) |
| Loss on derecognition of leased assets | 159,916 | 404,481 |
| Impairment loss of investment | - | 127,358 |
| Effect of foreign exchange | (331,383) | 275,691 |
| Operating cash flows before movements in working capital | 13,880,827 | 12,059,987 |
| | | |
| Trade and other receivables | (3,909,590) | (3,511,035) |
| Trade and other payables | 1,586,753 | (4,103,450) |
| Cash generated from operations | 11,557,990 | 4,445,502 |
| | | |
| Interest paid on lease liabilities | (521,485) | (875,662) |
| Interest paid on intercompany loan | (92,000) | - |
| Income tax paid | (24,781) | (142,081) |
| Net cash from operating activities | 10,919,724 | 3,427,759 |
| | | |
| **Investing activities** | | |
| Interest income received from third parties | 174 | 45,174 |
| Purchase of plant and equipment | (653,068) | (14,545) |
| Investment in subsidiary | (6,771,054) | (6,273,595) |
| Net cash used in investing activities | (7,423,948) | (6,242,966) |
| | | |
| **Financing activities** | | |
| Proceeds from group debt | 9,177,928 | 14,712,790 |
| Interest received from related company | 138,991 | 373,056 |
| Payment of principal portion of lease liabilities | (10,724,059) | (12,338,002) |
| Net cash (used in) from financing activities | (1,407,140) | 2,747,844 |
| | | |
| Net increase (decrease) in cash and cash equivalents | 2,088,636 | (67,363) |
| Cash and cash equivalents at beginning of year | 2,166,312 | 2,233,675 |
| **Cash and cash equivalents at end of year (Note 6)** | 4,254,948 | 2,166,312 |

See accompanying notes to financial statements.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.**

**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2021**

1   GENERAL

The company (Registration No. 200403163E) is incorporated in the Republic of Singapore with its principal place of business and registered office at 1 Paya Lebar Link, #06-01 PLQ 1 Paya Lebar Quarter, Singapore 408533. The financial statements are expressed in United States dollars.

The principal activities of the company are that of an investment holding and those relating to specialised integrated logistics solutions and collateral management services.

The principal activities of the subsidiaries are disclosed in Note 11 to the financial statements.

The financial statements of the company for the year ended December 31, 2021 were authorised for issue by the Board of Directors on June 30, 2022.

2   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

2.1   BASIS OF ACCOUNTING - The financial statements have been prepared in accordance with the historical cost basis, except as disclosed in the accounting policies below, and are drawn up in accordance with the provisions of the Singapore Companies Act 1967 and Financial Reporting Standards in Singapore ("FRSs").

Historical cost is generally based on the fair value of the consideration given in exchange for goods and services.

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date, regardless of whether that price is directly observable or estimated using another valuation technique. In estimating the fair value of an asset or a liability, the company takes into account the characteristics of the asset or liability which market participants would take into account when pricing the asset or liability at the measurement date. Fair value for measurement and/or disclosure purposes in the financial statements is determined on such a basis, except for leasing transactions that are within the scope of FRS 116 *Leases*, and measurements that have some similarities to fair value but are not fair value, such as value in use in FRS 36 *Impairment of Assets*.

In addition, for financial reporting purposes, fair value measurements are categorised into Level 1, 2 or 3 based on the degree to which the inputs to the fair value measurements are observable and the significance of the inputs to the fair value measurement in its entirety, which are described as follows:

- Level 1 inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities that the entity can access at the measurement date;

- Level 2 inputs are inputs, other than quoted prices included within Level 1, that are observable for the asset or liability, either directly or indirectly; and

- Level 3 inputs are unobservable inputs for the asset or liability.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

2.2   ADOPTION OF NEW AND REVISED STANDARDS - On January 1, 2021, the company adopted all the new and revised FRSs and Interpretations of FRS ("INT FRS") that are effective from that date and are relevant to its operations. The adoption of these new/revised FRSs and INT FRSs does not result in changes to the company's accounting policies and has no material effect on the amounts reported for the current or prior years.

At the date of authorisation of these financial statements, the following FRSs and amendments to FRS that are relevant to the company were issued but not effective:

- Amendments to FRS 37: *Onerous Contracts-Cost of Fulfilling a Contract*[1]

- Amendments to FRS 16: *Property, Plant and Equipment-Proceeds before Intended Use*[1]

- Annual Improvements to FRSs 2018-2020[1]

- Amendments to FRS 1: *Classification of Liabilities as Current or Non-current*[2]

- Amendments to FRS 8: *Definition of Accounting Estimates*[2]

- Amendments to FRS 1 and FRS Practice Statement 2: *Disclosure of Accounting Policies*[2]

- Amendments to FRS 12: *Deferred Tax related to Assets and Liabilities arising from a Single Transaction*[2]

[1]   Applied to annual periods beginning on or after January 1, 2022.
[2]   Applied to annual periods beginning on or after January 1, 2023.

Management anticipates that the adoption of the above and other new or revised FRSs, INT FRSs and amendments to FRS in future periods will not have a material impact on the financial statements of the company in the period of their initial adoption.

2.3   BASIS OF CONSOLIDATION - Consolidated financial statements of the company and its subsidiaries have not been prepared as consolidated accounts, which are publicly available, are prepared by the company's ultimate holding company, Glencore Plc, incorporated in Bailiwick of Jersey. The registered address of Glencore Plc is 13 Castle Street, St Helier, Jersey, JE1 1ES, Channel Island.

Investment in subsidiaries of the company are stated at cost less any impairment in net recoverable value that has been recognised in profit or loss.

2.4   FINANCIAL INSTRUMENT - Financial assets and financial liabilities are recognised on the company's statement of financial position when the company becomes a party to the contractual provisions of the instrument.

Financial assets and financial liabilities are initially measured at fair value. Transaction costs that are directly attributable to the acquisition or issue of financial assets and financial liabilities are added to or deducted from the fair value of the financial assets and financial liabilities, as appropriate, on initial recognition.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

### 2.4.1 Financial assets

<u>Classification of financial assets</u>

Financial assets mainly comprise cash and bank balances, trade and other receivables and loans that meet the following conditions and are subsequently measured at amortised cost:

- the financial asset is held within a business model whose objective is to hold financial assets in order to collect contractual cash flows; and

- the contractual terms of the financial asset give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

*Amortised cost and effective interest method*

The effective interest method is a method of calculating the amortised cost of a debt instrument and of allocating interest income over the relevant period.

For financial instruments other than purchased or originated credit-impaired financial assets, the effective interest rate is the rate that exactly discounts estimated future cash receipts (including all fees paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) excluding expected credit losses, through the expected life of the debt instrument, or, where appropriate, a shorter period, to the gross carrying amount of the debt instrument on initial recognition. For purchased or originated credit-impaired financial assets, a credit-adjusted effective interest rate is calculated by discounting the estimated future cash flows, including expected credit losses, to the amortised cost of the debt instrument on initial recognition.

The amortised cost of a financial asset is the amount at which the financial asset is measured at initial recognition minus the principal repayments, plus the cumulative amortisation using the effective interest method of any difference between that initial amount and the maturity amount, adjusted for any loss allowance. On the other hand, the gross carrying amount of a financial asset is the amortised cost of a financial asset before adjusting for any loss allowance.

Interest is recognised using the effective interest method for debt instruments measured subsequently at amortised cost, except for short-term balances when the effect of discounting is immaterial.

<u>Impairment of financial assets</u>

The company recognises a loss allowance for expected credit losses ("ECL") on trade and other receivables and contract assets that are measured at amortised cost. The amount of expected credit losses is updated at each reporting date to reflect changes in credit risk since initial recognition of the respective financial instrument.

The company always recognises lifetime ECL for trade receivables and contract assets. The expected credit losses on these financial assets are estimated using a provision matrix based on the company's historical credit loss experience, adjusted for factors that are specific to the debtors, general economic conditions and an assessment of both the current as well as the forecast direction of conditions at the reporting date, including time value of money where appropriate.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

For all other financial instruments, the company recognises lifetime ECL when there has been a significant increase in credit risk since initial recognition. If, on the other hand, the credit risk on the financial instrument has not increased significantly since initial recognition, the company measures the loss allowance for that financial instrument at an amount equal to 12-month ECL. The assessment of whether lifetime ECL should be recognised is based on significant increases in the likelihood or risk of a default occurring since initial recognition instead of on evidence of a financial asset being credit-impaired at the reporting date or an actual default occurring.

*Significant increase in credit risk*

In assessing whether the credit risk on a financial instrument has increased significantly since initial recognition, the company compares the risk of a default occurring on the financial instrument as at the reporting date with the risk of a default occurring on the financial instrument as at the date of initial recognition. In making this assessment, the company considers historical loss rates for each category of customers and adjusts to reflect current and forward-looking macroeconomic factors affecting the ability of the customers to settle the receivables. The company has identified the gross domestic product (GDP) to be the most relevant factors, and accordingly adjusts the historical loss rates based on expected changes in these factors.

The company presumes that the credit risk on a financial asset has increased significantly since initial recognition when contractual payments are more than 30 days past due, unless the company has reasonable and supportable information that demonstrates otherwise.

The company assumes that the credit risk on a financial instrument has not increased significantly since initial recognition if the financial instrument is determined to have low credit risk at the reporting date. A financial instrument is determined to have low credit risk if i) the financial instrument has a low risk of default, ii) the counterparty has a strong capacity to meet its contractual cash flow obligations in the near term and iii) adverse changes in economic and business conditions in the longer term may, but will not necessarily, reduce the ability of the counterparty to fulfil its contractual cash flow obligations.

The company regularly monitors the effectiveness of the criteria used to identify whether there has been a significant increase in credit risk and revises them as appropriate to ensure that the criteria are capable of identifying significant increase in credit risk before the amount becomes past due.

*Definition of default*

The company considers that default has occurred when a financial asset is more than 180 days past due unless the company has reasonable and supportable information to demonstrate that a more lagging default criterion is more appropriate.

*Credit-impaired financial assets*

A financial asset is credit-impaired when one or more events that have a detrimental impact on the estimated future cash flows of that financial asset have occurred.

*Write-off policy*

The company writes off a financial asset when there is information indicating that the counterparty is in severe financial difficulty and there is no realistic prospect of recovery, e.g. when the counterparty has been placed under liquidation or has entered into bankruptcy proceedings. Financial assets written off may still be subject to enforcement activities under the company's recovery procedures, taking into account legal advice where appropriate. Any recoveries made are recognised in profit or loss.

ACCESS WORLD LOGISTICS (SINGAPORE) PTE. LTD.   16

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

*Measurement and recognition of expected credit losses*

For financial assets, the expected credit loss is estimated as the difference between all contractual cash flows that are due to the company in accordance with the contract and all the cash flows that the company expects to receive, discounted at the original effective interest rate.

If the company has measured the loss allowance for a financial instrument at an amount equal to lifetime ECL in the previous reporting period, but determines at the current reporting date that the conditions for lifetime ECL are no longer met, the company measures the loss allowance at an amount equal to 12-month ECL at the current reporting date.

### Derecognition of financial assets

The company derecognises a financial asset only when the contractual rights to the cash flows from the asset expire, or it transfers the financial asset and substantially all the risks and rewards of ownership of the asset to another entity. If the company neither transfers nor retains substantially all the risks and rewards of ownership and continues to control the transferred asset, the company recognises its retained interest in the asset and an associated liability for amounts it may have to pay. If the company retains substantially all the risks and rewards of ownership of a transferred financial asset, the company continues to recognise the financial asset and also recognises a collateralised borrowing for the proceeds received.

On derecognition of a financial asset measured at amortised cost, the difference between the asset's carrying amount and the sum of the consideration received is recognised in profit or loss.

## 2.4.2 Financial liabilities and equity instruments

### Classification as debt or equity

Financial liabilities and equity instruments issued by the company are classified according to the substance of the contractual arrangements entered into and the definitions of a financial liability and an equity instrument.

### Equity instruments

An equity instrument is any contract that evidences a residual interest in the assets of the company after deducting all of its liabilities. Equity instruments are recorded at the proceeds received, net of direct issue costs.

### Trade and other payables

Trade and other payables are initially measured at fair value net of transaction costs, and are subsequently measured at amortised cost, using the effective interest method, with interest expense recognised on an effective yield basis.

### Derecognition of financial liabilities

The company derecognises financial liabilities when, and only when, the company's obligations are discharged, cancelled or they expire.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

2.5   LEASES - The company assesses whether a contract is or contains a lease, at inception of the contract. The company recognises a right-of-use asset and a corresponding lease liability with respect to all lease arrangements in which it is the lessee, except for short-term leases (defined as leases with a lease term of 12 months or less) and leases of low value assets.

For these leases, the company recognises the lease payments as an operating expense on a straight-line basis over the term of the lease unless another systematic basis is more representative of the time pattern in which economic benefits from the leased assets are consumed.

The lease liability is initially measured at the present value of the lease payments that are not paid at the commencement date, discounted by using the rate implicit in the lease. If this rate cannot be readily determined, the company uses the incremental borrowing rate specific to the lessee.

Lease payments included in the measurement of the lease liability comprise:

- fixed lease payments (including in-substance fixed payments), less any lease incentives;
- the amount expected to be payable by the lessee under residual value guarantees;
- payments of penalties for terminating the lease, if the lease term reflects the exercise of an option to terminate the lease.

Lease liability is presented as a separate line in the statement of financial position.

The lease liability is subsequently measured by increasing the carrying amount to reflect interest on the lease liability (using the effective interest method) and by reducing the carrying amount to reflect the lease payments made.

The company remeasures the lease liability (and makes a corresponding adjustment to the related right-of-use asset) whenever:

- the lease term has changed or there is a change in the assessment of exercise of a purchase option, in which case the lease liability remeasured by discounting the revised lease payments using a revised discount rate.

- the lease payments change due to changes in an index or rate or a change in expected payment under a guaranteed residual value, in which cases the lease liability is remeasured by discounting the revised lease payments using the initial discount rate (unless the lease payments change is due to a change in a floating interest rate, in which case a revised discount rate is used; or

- a lease contract is modified and the lease modification is not accounted for as a separate lease, in which case the lease liability is remeasured by discounting the revised lease payments using a revised discount rate at the effective date of modification.

The right-of-use assets comprise the initial measurement of the corresponding lease liability, lease payments made at or before the commencement day and any initial direct costs. They are subsequently measured at cost less accumulated depreciation and impairment losses.

Whenever the company incurs an obligation for costs to dismantle and remove a leased asset, restore the site on which it is located or restore the underlying asset to the condition required by the terms and conditions of the lease, a provision is recognised and measured under FRS 37. The costs are included in the related right of-use asset.

Right-of-use assets are depreciated over the shorter period of lease term and useful life of the underlying asset if a lease transfers ownership of the underlying asset or the cost of the right-of-use asset reflects that the company expects to exercise a purchase option, the related right-of-use asset is underlying asset. The depreciation starts at the commencement date of the lease assets depreciated over useful life of the underlying asset. The depreciation starts at the commencement date of the lease.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

The right-of-use assets are presented as a separate line in statement of financial position. The company applies FRS 36 to determine whether a right-of-use asset is impaired and accounts for any identified impairment loss as described below.

As a practical expedient, FRS 116 permits a lessee not to separate non-lease components, and instead account for any lease and associated non-lease components as a single arrangement. The company has used this practical expedient.

2.6   PLANT AND EQUIPMENT - Plant and equipment are stated at cost less accumulated depreciation and any accumulated impairment losses.

Depreciation is charged so as to write off the cost of assets, over their estimated lives, using the straight-line method, on the following bases:

| | | |
|---|---|---|
| Furniture and fittings | – | 5 years |
| Computers | – | 3 years |
| Office equipment | – | 3 years |
| Motor vehicles | – | 5 years |
| Renovation | – | 5 years |

The estimated useful lives, residual values and depreciation method are reviewed at each year end, with the effect of any changes in estimate accounted for on a prospective basis.

The gain or loss arising on disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amounts of the asset and is recognised in the profit or loss.

Fully depreciated assets still in use are retained in the financial statements.

2.7   WAREHOUSE ENTRY INCENTIVE - Warehouse entry incentive represents incentive paid in getting metal into the warehouses. The incentive payment will be accounted for as a reduction of transaction price and recognise at the later of:

(i)    recognition of revenue for the transfer of the related services; or
(ii)   payment of the consideration.

The deferred incentive is not discounted due to the uncertainty of the period over which metal will be held in the warehouses.

2.8   IMPAIRMENT OF NON-FINANCIAL ASSETS - At the end of each reporting period, the company reviews the carrying amounts of its non-financial assets to determine whether there is any indication that these assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss (if any). Where it is not possible to estimate the recoverable amount of an individual asset, the company estimates the recoverable amount of the cash-generating unit to which the asset belongs.

Recoverable amount is the higher of fair value less costs to sell and value in use. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset for which the estimates of future cash flows have not been adjusted.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

If the recoverable amount of an asset (or cash-generating unit) is estimated to be less than its carrying amount, the carrying amount of the asset (cash-generating unit) is reduced to its recoverable amount. An impairment loss is recognised immediately in the profit or loss unless the relevant asset is carried at a relevant amount, in which case the impairment loss is treated as a revaluation decrease.

Where an impairment loss subsequently reverses, the carrying amount of the asset (cash-generating unit) is increased to the revised estimate of its recoverable amount, but so that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset (cash-generating unit) in prior years. A reversal of an impairment loss is recognised immediately in the profit or loss.

2.9   PROVISIONS - Provisions are recognised when the company has a present obligation (legal or constructive) as a result of a past event, it is probable that the company will be required to settle the obligation, and a reliable estimate can be made of the amount of the obligation.

The amount recognised as a provision is the best estimate of the consideration required to settle the present obligation at the end of the reporting period, taking into account the risks and uncertainties surrounding the obligation. Where a provision is measured using the cash flows estimated to settle the present obligation, its carrying amount is the present value of those cash flows.

2.10  REVENUE RECOGNITION - Revenue is measured based on the consideration specified in a contract with a customer. Revenue from sale of services in the ordinary course of business is recognised when the company satisfies a performance obligation (PO) by transferring control of a promised service to the customer. The amount of revenue recognised is the amount of the transaction price allocated to the satisfied PO.

A discount or variable consideration is allocated to one or more, but not all, of the POs if it relates specifically to those POs. Consideration payable to a customer is deducted from the transaction price if the company does not receive a separate identifiable benefit from the customer. Also see *2.7 Warehouse entry incentive* for accounting policy on warehouse entry incentive.

Description of the company's performance obligation of main source of income under the scope of FRS 115 are as follows:

<u>Storage income</u>

Storage income is recognised on accrual basis over the warehousing period.

<u>Free on truck income</u>

Free on Truck income is recognised when the services are rendered.

<u>Supply of services</u>

Supply of services is recognised when the services are rendered.

<u>Collateral management fee income</u>

Collateral management fee income is recognised over the warehousing period when the collateral management services are rendered.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

Handling Income

Handling income from freight forwarding is recognised at the time of services rendered.

Interest Income

Interest income is accrued on a time basis, by reference to the principal outstanding and at the effective interest rate applicable.

Dividend Income

Dividend income is recognised when the right to receive payment is established.

2.11 RETIREMENT BENEFIT COSTS - Payments to defined contribution retirement benefit plans are charged as an expense when employees have rendered the services entitling them to the contributions. Payments made to state-managed retirement benefit schemes, such as the Singapore Central Provident Fund, are dealt with as payments to defined contribution plans where the company's obligations under the plans are equivalent to those arising in a defined contribution retirement benefit plan.

2.12 EMPLOYEE LEAVE ENTITLEMENT - Employee entitlements to annual leave are recognised when they accrue to employees. A provision is made for the estimated liability for annual leave as a result of services rendered by employees up to the end of the reporting period.

2.13 TERMINATION BENEFITS - Termination benefits are payable when employment is terminated before the normal retirement date, or whenever an employee accepts voluntary redundancy in exchange for these benefits. The group recognises termination benefits when it is demonstrably committed to either: terminating the employment of current employees according to a detailed formal plan without possibility of withdrawal; or providing termination benefits as a result of an offer made to encourage voluntary redundancy. Benefits falling due more than 12 months after balance sheet date are discounted to present value.

2.14 INCOME TAX - Income tax for the financial year comprises current and deferred tax.

Current tax is the expected tax payable on the taxable income for the year, using tax rates (and tax laws) enacted or substantively enacted at the end of the reporting period, and any adjustment to tax payable in respect of previous years.

Deferred tax is recognised, using the balance sheet method, providing for all temporary differences at the end of the reporting period between the tax bases of assets and liabilities and their carrying amounts in the financial statements. Deferred tax is measured at the tax rates that are expected to be applied to the temporary differences when they reverse, based on the tax rates (and tax laws) that have been enacted or substantively enacted at the end of the reporting period.

A deferred tax asset is recognised to the extent that it is probable that future taxable income will be available against which temporary differences can be utilised. Deferred tax assets are reviewed at the end of the reporting period and are reduced to the extent that it is no longer probable that the related tax benefit will be realised.

Current and deferred tax are recognised as an expense or income in profit or loss.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

2.15 GOVERNMENT GRANTS - Government grants are not recognised until there is reasonable assurance that the company will comply with the conditions attaching to them and that the grants will be received.

Government grants are recognised in profit or loss on a systematic basis over the periods in which the company recognises as expenses the related costs for which the grants are intended to compensate. Specifically, government grants whose primary condition is that the company should purchase, construct or otherwise acquire non-current assets are recognised as deferred income in the consolidated statement of financial position and transferred to profit or loss on a systematic and rational basis over the useful lives of the related assets.

Government grants that are receivable as compensation for expenses or losses already incurred or for the purpose of giving immediate financial support to the company with no future related costs are recognised in profit or loss in the period in which they become receivable.

2.16 FOREIGN CURRENCY TRANSACTIONS – The financial statements of the company are measured and presented in the currency of the primary economic environment in which the entity operates (its functional currency). The financial statements of the company are presented in United States dollars, which is the functional currency of the company.

Transactions in currencies other than the company's functional currency are recorded at the rate of exchange prevailing on the date of the transaction. At end of the reporting period, monetary items denominated in foreign currencies are retranslated at the rates prevailing at the end of the reporting period. Non-monetary items that are measured in terms of historical cost in a foreign currency are not retranslated. All exchange differences are recognised in profit or loss.

2.17 CASH AND CASH EQUIVALENTS - Cash and cash equivalents comprise cash on hand and bank balances that are readily convertible to known amount of cash and are subject to an insignificant risk of changes in value.

3    CRITICAL ACCOUNTING JUDGEMENTS AND KEY SOURCES OF ESTIMATION UNCERTAINTY

In the application of the company's accounting policies, which are described in Note 2, management is required to make judgements, estimates and assumptions about the carrying amounts of assets and liabilities that are not readily apparent from other sources. The estimates and associated assumptions are based on historical experience and other factors that are considered to be relevant. Actual results may differ from these estimates.

The estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognised in the period in which the estimate is revised if the revision affects only that period, or in the period of the revision and future periods if the revision affects both current and future periods.

*I)    Critical judgements in applying the company's accounting policies*

Management is of the opinion that any instances of application of judgements, (apart from those involving estimates which are presented separately below), is not expected to have a significant effect on the amounts recognised in the financial statements.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

**ii)   *Key sources of estimation uncertainty***

The key assumptions concerning the future, and other key sources of estimation uncertainty at the end of the reporting period, that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next year, are discussed below.

Loss allowances for receivables and contract assets

Management reviews its receivables and contract assets for evidence of impairment at least annually. The amount of expected credit losses is updated at each reporting date to reflect changes in credit risk since initial recognition of the respective financial instrument. The company always recognises lifetime ECL for trade receivables and contract assets. The ECL on these financial assets are estimated using a provision matrix based on the company's historical credit loss experience, adjusted for factors that are specific to the debtors, general economic conditions and an assessment of both the current as well as the forecast direction of conditions at the reporting date, including time value of money where appropriate.

The carrying amount of trade and other receivables (including contract assets) and loan receivables are disclosed in Notes 7 and 8 respectively.

Impairment in investment in subsidiaries

The company assesses annually whether there any indication of impairment in its investment in subsidiaries. Management has carried out a review of the recoverable amount of the investment in subsidiaries having regard to the existing performance and the carrying value of the net tangible assets of the respective subsidiaries. Where there is indicator of impairment, management has estimated the recoverable amount based on higher of fair value less costs to sell or value-in-use. Significant estimates and judgements are involved in determining the appropriate valuation method and assumptions applied.

No impairment loss has been recognised as at December 31, 2021 and 2020. The carrying value of investment in subsidiaries is disclosed in Note 11.

Revenue recognition

As disclosed in Note 2.10, the company renders various services in its contracts with customers. The company also provides rebates and incentives which are recognised as a reduction of revenue. Warehouse entry incentive paid in getting metals which are traded on London Metals Exchange are recognised as a reduction of both related storage income and Free on truck ("FOT") income. The amount of warehouse entry incentive recognised to profit or loss is based upon the FOT income as set by the London Metals Exchange by individual metals and by location.

Storage income and FOT income (net of rebates and incentives) recognised in the current year amounted to US$24,514,115 (2020 : US$30,121,527) (Note 16).

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

4    FINANCIAL INSTRUMENTS, FINANCIAL RISKS AND CAPITAL MANAGEMENT

(a)   *Categories of financial instruments*

The following table sets out the financial instruments as at the end of the reporting period:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| **Financial assets** | | |
| Financial assets at amortised cost | 43,519,946 | 43,366,002 |
| **Financial liabilities** | | |
| Financial liabilities at amortised cost | 17,267,801 | 16,572,820 |
| Lease liabilities | 5,678,921 | 10,072,809 |
| Loan payable | 2,000,000 | 2,000,000 |

(b)   *Financial instruments subject to offsetting, enforceable master netting arrangements and similar agreements*

The company does not have any financial instruments that are subjected to offsetting, under enforceable master netting arrangements or similar netting arrangements.

(c)   *Financial risk management policies and objectives*

The company's overall financial risk management programme seeks to minimise potential adverse effects of financial performance of the company. The company's activities expose it to a variety of market risk (including foreign exchange risk and interest rate risk), credit risk and liquidity risk.

The company does not hold or issue derivative financial instruments for speculative purposes.

There has been no change to the company's exposure to these financial risks or the manner in which it manages and measures the risk.

(i)   <u>Interest rate risk management</u>

All financial assets and liabilities at year end bear no interest rate risk except for loans to subsidiaries and related company (Note 8), which bear variable interest.

If the interest rate had been 50 basis points higher/ lower and all other variables were held constant, the company's profit (loss) before tax for the year would increase/decrease by US$99,390 (2020 : decrease/increase by US$145,280) respectively.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

(ii)   Foreign exchange risk management

The company's foreign currency exposures arise mainly from the exchange rate movements of United States Dollar against the Singapore Dollar and Malaysian Ringgit.

At the end of the reporting period, the carrying amounts of monetary assets and monetary liabilities denominated in currencies other than the company's functional currency are as follows:

|  | Liabilities | | Assets | |
|---|---|---|---|---|
|  | 2021 | 2020 | 2021 | 2020 |
|  | US$ | US$ | US$ | US$ |
| Singapore Dollar | 1,115,046 | 2,760,168 | 436,117 | 376,635 |
| Malaysian Ringgit | 561,184 | 469,783 | 1,395,327 | 2,692,951 |
| Euro | - | 960 | 197,741 | 218,945 |

*Foreign currency sensitivity*

The following table details the sensitivity to a 10% increase and decrease in the relevant foreign currencies against the functional currency of the company. 10% is the sensitivity rate used when reporting foreign currency risk internally to key management personnel and represents management's assessment of the reasonably possible change in foreign exchange rates. The sensitivity analysis includes only outstanding foreign currency denominated monetary items and adjusts their translation at the period end for a 10% change in foreign currency rates.

If the relevant foreign currencies strengthen by 10% against the functional currency of the company, profit before tax (2020 : loss before tax) will increase (decrease) by:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Singapore Dollar | (67,893) | 238,353 |
| Malaysian Ringgit | 83,414 | (222,317) |
| Euro | 19,774 | (21,799) |

If the foreign currencies weaken by 10% against the functional currency of the company, there would be an equal and opposite impact on the profit (loss) before tax.

(iii)   Credit risk management

The company's exposure to credit risk arises from the possibility that a counterparty to a transaction might fail to perform under its contractual commitment, which could result in the company incurring losses.

The company's bank balances are placed with credit-worthy financial institutions.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

The company manages the credit exposure relating to its trading activities by reviewing counterparty's financial soundness periodically and collateral arrangements with counterparties in appropriate circumstances and by limiting the duration of exposure.

The maximum exposure to credit risk, without taking account of any collateral held or other credit enhancements, is equal to the carrying amount of the company's financial assets.

The company's exposure to credit risk arises primarily from trade receivables, contract assets and loan receivables. In respect of trade receivables and contract assets, the company determines the expected credit losses on these items by using a provision matrix, estimated based on historical credit loss experience based on the past due status of the debtors, adjusted as appropriate to reflect current conditions and estimates of future economic conditions. The company has adopted a policy of only dealing with creditworthy counterparties.

Further details of credit risk on trade and other receivables and loan receivables are disclosed in Notes 7 and 8 respectively.

(iv)  Liquidity risk management

The company maintains sufficient cash and cash equivalents, and internally generated cash flows to finance their activities.

Other than long-term loan, non-current lease liabilities and other non-current payables, all financial liabilities as at December 31, 2021 and 2020 are either repayable on demand or due within 1 year from the end of the reporting period. Details of lease liabilities are disclosed in Note 14.

(v)  Fair value of financial assets and liabilities

The carrying amounts of cash and cash equivalents, trade and other receivables and trade and other payables, except for long-term loans, approximate their respective fair value due to the relatively short-term maturity of these financial instruments. Details of long- term loans is disclosed in Note 8.

The carrying amount of non-current other payables approximates its fair value.

(vi)  Managing interest rate benchmark reform and associated risks

A fundamental reform of major interest rate benchmarks is being undertaken globally, including the replacement of some interbank offered rates (IBORs) with alternative nearly risk-free rates (referred to as 'interest rate benchmark reform'). The company has exposures to IBORs on its financial instruments that will be replaced or reformed as part of these market-wide initiatives. The company is exposed to London IBOR ("LIBOR"). The ultimate holding company's treasury function ("Group Treasury") monitors and manages the transition to alternative rates. Group Treasury evaluates the extent of this exposures, and whether any of such financial contracts will need to be amended or being impacted as a result of IBOR reform.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

*(d)   Capital risk management policies and objectives*

The company manages its capital to ensure that the company will be able to continue as a going concern. The capital structure of the company consists of equity attributable to owners of the company, comprising issued capital and retained earnings.

The company's overall strategy remains unchanged from the previous financial year.

5   HOLDING COMPANY AND RELATED COMPANY TRANSACTIONS

The company's immediate holding company is Access World Holdings (Asia) Pte Ltd, incorporated in Singapore. The intermediate holding company and ultimate holding company is Glencore International AG and Glencore Plc, incorporated in Switzerland and Bailiwick of Jersey respectively. Related companies in these financial statements refer to members of the ultimate holding company's group of companies.

Many of the company's transactions and arrangements were between members of the group and the effect of these on the basis determined between the parties are reflected in these financial statements. The intercompany balances are unsecured, interest-free, repayable on demand and expected to be settled in cash unless otherwise stated.

Significant intercompany transactions other than those disclosed elsewhere in the financial statements are as follows:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Sales to related companies | (1,191,860) | (794,826) |
| Sales to intermediate holding company | (25,888,373) | (13,104,744) |
| Purchases from related companies | 14,477,954 | 15,301,899 |
| Purchases from subsidiaries | 1,145,830 | 1,941,549 |
| Purchases from intermediate holding company | 9,889,465 | 9,805,193 |

**Compensation of directors and key management personnel**

The remuneration of the directors who are the only key management personnel during the year was as follows:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Short-term benefits | 301,058 | 658,934 |

6   CASH AND CASH EQUIVALENTS

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Cash at bank and on hand | 4,254,948 | 2,166,312 |

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

7    TRADE AND OTHER RECEIVABLES

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Due from third parties | 11,447,293 | 4,469,039 |
| Due from intermediate holding company | 2,077,996 | 1,906,651 |
| Due from related companies | 497,440 | 13,920 |
|  | 14,022,729 | 6,389,610 |
| Less: Loss allowance | (102,350) | (174,096) |
| Total trade receivables | 13,920,379 | 6,215,514 |
|  |  |  |
| Contract assets | 2,528,623 | 4,499,066 |
| Loans to related company (Note 8) | 150,000 | 150,000 |
| Amount due from: |  |  |
| - Holding company | 3,559,800 | 2,382,109 |
| - Subsidiaries | 211,118 | 1,034,994 |
| - Related companies | 301,930 | 20,678 |
| - Affiliates | - | 78,682 |
| Deferred warehouse entry cost | 5,413,821 | 4,247,257 |
| Deposits | 901,273 | 2,374,414 |
| Prepayments | 300,836 | 2,791,898 |
| Other receivables | 50,725 | 37,275 |
|  | 27,338,505 | 23,831,887 |

Contract assets relates to accrued income received from customers in respect of services provided by the company. As at January 1, 2020, contract assets amounted to US$1,072,678. The change in contract assets during the year is mainly due to billings made to customer. Except for loans to subsidiary, trade and other receivables are non-interest bearing and are generally on 30 days terms (2020 : 30 days terms). There is no other class of financial assets that is past due and/or impaired except for trade receivables. Trade receivables arising from contracts with customers amounted to US$6,063,113 as of January 1, 2020.

<u>Trade receivables that were impaired</u>

The company's trade receivables that were impaired during the year, and the movements of the allowance accounts used to record the impairment were as follows:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Trade receivables - nominal amounts | 102,350 | 174,096 |
| Less: Allowance for impairment | (102,350) | (174,096) |
|  | - | - |

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

The movements in credit loss allowance are as follows:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| At January 1 | 174,096 | 332,010 |
| Allowance written back in profit or loss during the year | (24,488) | (111,129) |
| Loss allowance written off during the year | (47,258) | (46,785) |
| At December 31 | 102,350 | 174,096 |

Loss allowance recognised in profit or loss during the year:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Assets originated | - | 143,619 |
| Changes in credit risk | 102,350 | 30,477 |
|  | 102,350 | 174,096 |

Trade receivables that were determined to be impaired at the end of the reporting date relate to debtors that were in significant financial difficulties and had defaulted on payments. The receivables were not secured by any collateral or credit enhancements.

Loss allowance for trade receivables and contract assets has been measured at an amount equal to lifetime expected credit losses ("ECL"). The ECL on trade receivables and contract assets are estimated using a provision matrix by reference to past default experience of the debtor and an analysis of the debtor's current financial position, adjusted for factors that are specific to the debtors, general economic conditions of the industry in which the debtors operate.

The company's primary exposure to credit risk arises through its trade receivables and contract assets. Concentration of credit risk relating to trade receivables and contract assets is limited due to the company's many varied customers. Based on the company's historical experience in the collection of accounts receivable, and assessment of the financial strength and performance of third parties and related companies, management believes that the credit risk inherent in the company's trade receivables and contract assets is not material. The table below is an analysis of trade receivables as at December 31:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Not past due and not impaired | 3,068,429 | 4,995,340 |
| Past due but not impaired | 13,380,573 | 5,719,240 |
| Total trade receivables | 16,449,002 | 10,714,580 |

Aging of receivables that are past due but not impaired:

| < 1 month | 6,047,926 | 3,677,495 |
|---|---|---|
| 1 month to 4 months | 5,774,282 | 1,722,193 |
| > 4 months | 1,558,365 | 319,552 |
|  | 13,380,573 | 5,719,240 |

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

In determining the recoverability of a trade receivable, the company considers any change in the credit quality of the trade receivable from the date credit was initially granted up to the end of the reporting period.

8    LOANS

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Short-term loans to related company (Note 7) | 150,000 | 150,000 |
| Long-term loans to: |  |  |
| – Immediate holding company | 9,908,120 | 9,908,120 |
| – Related company | 9,819,976 | 18,997,904 |
|  | 19,728,096 | 28,906,024 |
| Total loans | 19,878,096 | 29,056,024 |

The long-term loan to immediate holding company is unsecured and earns effective annual interest based on 0.7% above 12-month LIBOR (2020 : 0.85%).

The long-term loan to subsidiaries is unsecured and earns effective annual interest based on 0.7% above 12-month LIBOR (2020 : 0.85%).

The long-term loan to related company is unsecured and earns effective annual interest based on 0.7% above 12-month LIBOR (2020 : 0.85%).

For purpose of impairment assessment, the loan is considered to have low risk of default as the timing of payment is controlled by the company taking into account its cash flow management and there has been no significant increase in the risk of default on the loans since initial recognition. Accordingly, for the purpose of impairment assessment for these loans, the loss allowance is measured at an amount equal to 12-month expected credit losses (ECL).

In determining the ECL, management has taken into account the financial position of the immediate holding company, subsidiaries and related company, adjusted for factors that are specific to the immediate holding company, subsidiaries and related company and general economic conditions of the industry in which they operate, in estimating the probability of default of the loans as well as the loss upon default. Management determines the loans to immediate holding company, subsidiaries and related company is subject to immaterial credit loss.

There has been no change in the estimation techniques or significant assumptions made during the current reporting period.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

9    PLANT AND EQUIPMENT

| | Furniture and fittings | Computers | Office equipment | Motor vehicles | Renovation | Total |
|---|---|---|---|---|---|---|
| | US$ | US$ | US$ | US$ | US$ | US$ |
| **Cost:** | | | | | | |
| At January 1, 2020 | 244,923 | 594,220 | 132,886 | 126,319 | 804,279 | 1,902,627 |
| Additions | - | 10,045 | 4,500 | - | - | 14,545 |
| Disposals | (782) | (31,805) | - | - | - | (32,587) |
| At December 31, 2020 | 244,141 | 572,460 | 137,386 | 126,319 | 804,279 | 1,884,585 |
| Additions | 42,401 | 46,414 | 13,663 | - | 550,588 | 653,066 |
| Disposals | (230,518) | (1,117) | (42,509) | - | (758,010) | (1,032,154) |
| At December 31, 2021 | 56,024 | 617,757 | 108,540 | 126,319 | 596,857 | 1,505,497 |
| | | | | | | |
| **Accumulated depreciation:** | | | | | | |
| At January 1, 2020 | 224,487 | 565,348 | 126,303 | 126,319 | 729,960 | 1,772,417 |
| Depreciation for the year | 10,688 | 18,502 | 4,586 | - | 38,554 | 72,330 |
| Disposals | (782) | (31,805) | - | - | - | (32,587) |
| At December 31, 2020 | 234,393 | 552,045 | 130,889 | 126,319 | 768,514 | 1,812,160 |
| Depreciation for the year | 6,820 | 16,215 | 4,385 | - | 62,707 | 90,127 |
| Disposals | (224,930) | (1,117) | (38,276) | - | (737,940) | (1,002,263) |
| At December 31, 2021 | 16,283 | 567,143 | 96,998 | 126,319 | 93,281 | 900,024 |
| | | | | | | |
| **Carrying amount:** | | | | | | |
| At December 31, 2020 | 9,748 | 20,415 | 6,497 | - | 35,765 | 72,425 |
| | | | | | | |
| At December 31, 2021 | 39,741 | 50,614 | 11,542 | - | 503,576 | 605,473 |

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

10   RIGHT-OF-USE ASSETS

| | Leasehold land | Leasehold office and building | Leased warehouse and storage | Leased office equipment | Total |
|---|---|---|---|---|---|
| | US$ | US$ | US$ | US$ | US$ |
| **Cost:** | | | | | |
| At January 1, 2020 | 868,083 | 1,448,771 | 27,196,523 | 39,890 | 29,553,267 |
| Additions | 116,963 | - | 5,626,214 | 1,324 | 5,744,501 |
| Disposal | - | (1,448,771) | (3,864,420) | - | (5,313,191) |
| At December 31, 2020 | 985,046 | - | 28,958,317 | 41,214 | 29,984,577 |
| Additions | 212,507 | 1,622,099 | 6,246,305 | - | 8,080,911 |
| Disposal | (529,130) | - | (20,654,326) | - | (21,183,456) |
| At December 31, 2021 | 668,423 | 1,622,099 | 14,550,296 | 41,214 | 16,882,032 |
| | | | | | |
| **Accumulated depreciation:** | | | | | |
| At January 1, 2020 | 459,171 | 532,154 | 10,016,158 | 2,978 | 11,010,461 |
| Depreciation charge | 366,174 | 179,530 | 12,121,550 | 8,446 | 12,675,700 |
| Disposal | (92,070) | (711,684) | (2,502,626) | - | (3,306,380) |
| At December 31, 2020 | 733,275 | - | 19,635,082 | 11,424 | 20,379,781 |
| Depreciation charge | 351,318 | 131,801 | 10,157,002 | 8,416 | 10,648,537 |
| Disposal | (468,000) | - | (19,240,436) | - | (19,708,436) |
| At December 31, 2021 | 616,593 | 131,801 | 10,551,648 | 19,840 | 11,319,882 |
| | | | | | |
| **Carrying amount:** | | | | | |
| At December 31, 2020 | 251,771 | - | 9,323,235 | 29,790 | 9,604,796 |
| | | | | | |
| At December 31, 2021 | 51,830 | 1,490,298 | 3,998,648 | 21,374 | 5,562,150 |

11   INVESTMENT IN SUBSIDIARIES

| | 2021 | 2020 |
|---|---|---|
| | US$ | US$ |
| Unquoted equity shares, at cost | 14,589,493 | 7,818,439 |
| Allowance for impairment loss | (127,358) | (127,358) |
| | 14,462,135 | 7,691,081 |

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

Details of the company's subsidiaries are as follows:

| Name of subsidiaries | Principal activities/ Country of incorporation | Effective equity of the company interest | | Proportion of voting power held | |
|---|---|---|---|---|---|
| | | 2021 % | 2020 % | 2021 % | 2020 % |
| Access World (Shanghai) Logistics Company Limited | Storage, storage management and related services/ People's Republic of China | 100 | 100 | 100 | 100 |
| Access World (Korea) Ltd | Storage, storage management and related services/ Republic of Korea | 100 | 100 | 100 | 100 |
| Access World (Busan) Ltd | Storage, storage management and related services/ Republic of Korea | 100 | 100 | 100 | 100 |
| PT. Access World Indonesia | Storage, storage management and related services/ Indonesia | 60 | 60 | 60 | 60 |
| Held by Access World (Shanghai) Logistics Company Limited | | | | | |
| Access World Tonghua (Shanghai) Logistics Company Limited | Storage, storage management and related services/ People's Republic of China | 51 | 51 | 51 | 51 |
| Access World (Guangzhou) Logistics Company Limited | Storage, storage management and related services/ People's Republic of China | 100 | 100 | 100 | 100 |

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

12   TRADE AND OTHER PAYABLES

| | 2021 US$ | 2020 US$ |
|---|---|---|
| Due to third parties | 505,138 | 872,564 |
| Amount due to: | | |
| - Intermediate holding company | - | 187,167 |
| - Subsidiaries | 6,449,752 | 5,206,836 |
| - Related companies | 4,821,514 | 3,712,023 |
| Loan due to a subsidiary | 2,000,000 | - |
| Contract liabilities | 1,239,104 | 392,239 |
| Provision for termination benefits | - | 169,947 |
| Advances from customers | 166,130 | 121,223 |
| Accrued expenses | 5,491,397 | 6,274,283 |
| Total | 20,673,035 | 16,936,282 |

Except for loan due to a subsidiary company, amounts are non-interest bearing. Trade payables are normally settled on 30 days terms (2020 : 30 days terms). Contract liabilities relates mainly to trade advances received from customers in respect of services provided by the company. As at January 1, 2020, contract liability amounted to US$4,996,978. The change in contract liabilities during the year is mainly due to advances received from customers, and partially offset by recognition of revenue arising from satisfaction of performance obligation. The amount due to subsidiaries and related companies are repayable on demand.

Loan due to a subsidiary is unsecured, earns effective interest rate of 4.6% (2020 : 4.6%) per annum and is due within the next 12 months. Subsequent to year end, the company has repaid the loan in March 2022.

13   DEFERRED TAX ASSET

| | Accelerated tax depreciation US$ | Tax Loss US$ | Total US$ |
|---|---|---|---|
| At January 1, 2020 | (19,200) | 809,000 | 789,800 |
| Credit (Charged) to profit or loss (Note 20) | 102,318 | (138,700) | (36,382) |
| At December 31, 2020 | 83,118 | 670,300 | 753,418 |
| Credit (Charged) to profit or loss (Note 20) | 24,819 | (226,748) | (201,929) |
| At December 31, 2021 | 107,937 | 443,552 | 551,489 |

The deferred tax asset arose from the temporary difference between the carrying amount of property, plant and equipment and their tax base for current year.

Subject to the agreement by the tax authorities, at the end of the reporting date, the company has unused tax losses of US$2,609,131 (2020 :US$3,942,941) available for offset against future profits. A deferred tax asset has been recognised in respect of US$443,552 (2020 : US$670,300) of such losses. The tax losses may be carried forward indefinitely subjected to the conditions imposed by law including the retention of majority shareholders as defined.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

14   LEASE LIABILITIES

| | 2021 | 2020 |
|---|---|---|
| | US$ | US$ |
| Maturity analysis: | | |
| Year 1 | 3,771,824 | 8,670,509 |
| Year 2 | 1,095,401 | 1,963,739 |
| Year 3 | 310,061 | 170,147 |
| Year 4 | 328,853 | 5,574 |
| Year 5 and above | 526,166 | – |
| | 6,032,305 | 10,809,969 |
| Less: Unearned interest | (353,384) | (737,160) |
| | 5,678,921 | 10,072,809 |
| | | |
| Analysed as: | | |
| Current | 3,561,249 | 7,956,882 |
| Non-current | 2,117,672 | 2,115,927 |
| | 5,678,921 | 10,072,809 |

The company does not face a significant liquidity risk with regard to its lease liabilities. Lease liabilities are monitored within the company's treasury function.

Reconciliation of liabilities arising from financing activities

The table below details changes in the company's liabilities arising from financing activities, including both cash and non-cash changes. Liabilities arising from financing activities are those for which cash flows were, or future cash flows will be, classified in the company's statement of cash flows as cash flows from financing activities.

| | January 1, 2021 | Financing cash flows | Non-cash changes | | December 31, 2021 |
|---|---|---|---|---|---|
| | | | New lease liabilities | Other changes (i) | |
| | US$ | US$ | US$ | US$ | US$ |
| Lease liabilities | 10,072,809 | (10,724,059) | 7,976,658 | (1,646,487) | 5,678,921 |

| | January 1, 2020 | Financing cash flows | Non-cash changes | | December 31, 2020 |
|---|---|---|---|---|---|
| | | | New lease liabilities | Other changes (i) | |
| | US$ | US$ | US$ | US$ | US$ |
| Lease liabilities | 17,991,606 | (12,338,002) | 5,744,501 | (1,325,296) | 10,072,809 |

(i)   Other changes include foreign exchange and lease terminations.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

15   SHARE CAPITAL

|  | 2021 | 2020 | 2021 | 2020 |
|---|---|---|---|---|
|  | Number of ordinary shares | | US$ | US$ |
| Issued and paid up: | | | | |
| At beginning and end of year | 3,000,000 | 3,000,000 | 1,898,523 | 1,898,523 |

The ordinary shares, which have no par value, carry one vote per share and carry a right to dividends as and when declared by the company.

16   REVENUE

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ (restated) |
| Storage income | 23,170,091 | 29,244,189 |
| Free on Truck income | 1,344,024 | 877,338 |
| Handling income | 19,925,818 | 7,535,629 |
| Collateral management fee income | 457,210 | 599,521 |
| Services income | 14,522,053 | 8,383,273 |
| Total | 59,419,196 | 46,639,950 |

17   OTHER INCOME

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Interest income: | | |
| - Third parties | 174 | 45,174 |
| - Related companies | 153,196 | 406,879 |
| Net foreign exchange gain | - | 81,443 |
| Management service income from related company | 56,091 | 229,037 |
| Marketing fee income from related company | 226,400 | 324,120 |
| Grants received (a) | 210,663 | 840,242 |
| Gain on disposal of investment from subsidiary | - | 511,848 |
| Others | 12,808 | 47,728 |
| Total | 659,332 | 2,486,471 |

(a)   The company received wage support for local employees under the Jobs Support Scheme ("JSS") from the Singapore Government as part of the Government's measures to support businesses during the period of economic uncertainty impacted by COVID-19. The company assessed that there is reasonable assurance that it will comply with the conditions attached to the grants and the grants will be received. Grant income of US$151,766 (2020 : US$815,000) is recognised in profit or loss during the year on a systematic basis over the period of uncertainty in which the related salary costs for which the grant is intended to compensate is recognised as expenses.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

18   FINANCE COSTS

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Interest on lease liabilities | 521,485 | 875,662 |
| Interest on intercompany loan | 92,000 | - |
|  | 613,485 | 875,662 |

19   PROFIT (LOSS) BEFORE INCOME TAX

Profit (Loss) before income tax includes the following:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Employee benefits expense (including directors' remuneration): |  |  |
| Salaries and wages | 2,960,477 | 6,399,430 |
| Defined contribution plans | 300,744 | 649,472 |
| Termination benefits | 138,756 | 169,947 |
| Others | (264,476) | 213,275 |
| Total employee benefits expense | 3,135,501 | 7,432,124 |
| Depreciation expense on right-of-use assets | 10,648,537 | 12,675,700 |
| Interest expense on lease liabilities | 521,485 | 875,662 |
| Interest expense to subsidiary | 92,000 | - |
| Gain on disposal of investment from subsidiary | - | 511,848 |
| Loss on disposal of plant and equipment | 29,891 | - |
| Impairment loss on investment in subsidiary | - | 127,358 |
| Management fee expense to related company | 442,779 | 2,312,303 |
| Management fee expense to immediate holding company | 2,757,411 | - |

20   INCOME TAX EXPENSE

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Current | - | 23,679 |
| Over provision of current tax in prior years | (14,013) | (100,776) |
| Deferred tax expense (Note 13) | 494,531 | 53,982 |
| Over provision of deferred tax in prior years (Note 13) | (292,602) | (17,600) |
| Withholding tax | 38,794 | 84,154 |
| Total | 226,710 | 43,439 |

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

The income tax expense varied from the amount of income tax income determined by applying the Singapore tax rate of 17% (2020 : 17%) to profit (loss) before income tax as a result of the following differences:

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Profit (Loss) before income tax | 2,848,112 | (1,293,803) |
| Income tax expense (credit) at statutory rate of 17% (2020 : 17%) | 484,179 | (219,947) |
| Effect of expenses not deductible | 37,808 | 215,511 |
| Income not subject to taxation | (51,971) | (1,538) |
| Over provision of current tax in prior years | (14,013) | (100,776) |
| Over provision of deferred tax in prior years | (292,602) | (17,600) |
| Withholding tax | 38,794 | 84,154 |
| Others | 24,515 | 83,635 |
| Total tax expense | 226,710 | 43,439 |

21   OPERATING LEASE ARRANGEMENTS (The company as lessee)

At December 31, 2021, the company is committed to US$3,930,754 (2020 : US$1,241,433) for short-term leases.

22   BANKER'S GUARANTEES

|  | 2021 | 2020 |
|---|---|---|
|  | US$ | US$ |
| Guarantees issued using bank credit facility: |  |  |
| - Third parties | 409,972 | 958,605 |
| - Subsidiary | 612,076 | 633,911 |
|  | 1,022,048 | 1,592,516 |

23   PLEDGE OF ASSETS

As at December 31, 2021, the company has specific assets amounting to US$18,259,717 (2020 : US$26,105,976) which were pledged as security against the related company's bank loan.

24   OTHER MATTER

Certain legal actions, other claims and unresolved disputes are pending against the company. Whilst the company cannot predict the results of any litigation, it believes that it has meritorious defences against those actions or claims. The company believes that liability resulting from any litigation will not have a material adverse effect on its financial performance, financial position or cash flows.

In March 2022, the company received a letter of demand requesting payment of USD8,463,943 from a third party in relation to a dispute between the third party and the company in respect of certain goods stored by the company and /or their agents on the third party's behalf in a bonded warehouse in China ("Alleged Claims") which arose since prior year. The Alleged Claims are directly handled by the intermediate holding company (Note 5). Based on the facts and circumstances at the date of authorisation of the financial statements, management has determined that the company has no obligations in respect of the Alleged Claims.

0518199afbf16419c145ecec09d7a74f4b92e8756dd2148b4e7ec7e75dfbe590

25   RESTATEMENTS AND COMPARATIVE FIGURES

Restatements have been made to the prior year's financial statements to enhance comparability with the current year's financial statements to (i) recognise variable consideration (previously recorded as cost of sales) against revenue, and (ii) offset cost of sales against revenue for transactions which the company acted as an agent.

As a result, certain line items have been amended in the statement of profit or loss and other comprehensive income and the related note to the financial statements. Comparative figures have been adjusted to conform to the current year's presentation.

The items were restated as follows:

|  | Previously reported | After restatement |
|---|---|---|
|  | 2020 | 2020 |
|  | US$ | US$ |
| Revenue | 114,106,600 | 46,639,950 |
| Cost of sales | 108,423,222 | 40,956,572 |

26   EVENT AFTER REPORTING PERIOD

On March 23, 2022, the company has contributed additional capital of KRW$200million (equivalent of US$162,481) into its wholly-owned subsidiary, Access World (Korea) Ltd (Note 11).