

Exhibit 6

### Your partner in Logistics & Warehousing

Access World operates a global network of port and warehouse facilities, positioned in the strategic locations that the commodities we handle require. Enabling worldwide logistics to be a seamless reality with Access World.

Our extensive international reach allows for the efficient and first-class handling of commodities across the entire supply chain through our seamless logistics services. We can transport your product from one end of the world to the other and everywhere in between.

OUR SERVICES | COMMODITIES

