IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BALTNAV SINGAPORE, PTE. LTD. ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACCESS WORLD LOGISTICS (SINGAPORE), ) <br> PTE. LTD. ) <br> ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. _____ |

**ORDER GRANTING MOTION FOR ISSUANCE
OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT**

Upon consideration of the Plaintiff's Motion for Issuance of Writ of Maritime Attachment, *Verified Complaint,* and *Declaration of Imran Shaukat, Esq.,* and Garnishment, the Court, finding that the conditions for an action under Supplemental Admiralty Rule B appear to exist, and good cause having been shown, it is hereby

ORDERED, that Plaintiff's request for issuance of a Writ of Maritime Attachment and Garnishment pursuant to Supplemental Admiralty Rule B be and is GRANTED; and it is further

ORDERED that the Clerk of the Court is authorized to issue a Writ of Maritime Attachment and Garnishment, as prayed for in the Verified Complaint, against all property, tangible or intangible, including assets, cash, monies, funds, wire or electronic transfers, accounts, assets in checking, savings, escrow or other accounts, accounts payable, credits and/or debits, balances, certificates of deposit, contents of safety deposit boxes, letters of credit or proceeds therefrom, effects, debts, proceeds from insurance policies, receivables, stocks, bonds or other securities, sums owing under a credit agreement, bills of lading, or any other contractual agreements and/or

other obligations, or inter-company debts, up to the amount of $1,189,699.65, together with interest, costs and reasonable attorneys' fees, belonging to, due, held, or being transferred to, from, or for the benefit of Defendant Access World Logistics (Singapore), Pte. Ltd. or in its name, moving through, or within the possession, custody, or control of the Garnishee named in Plaintiff's Verified Complaint filed December 5, 2022, to wit Access World USA, LLC, seeking security for the claims to be pursued by Plaintiff in a London arbitration between the parties more fully described in Plaintiff's Verified Complaint, and said Order being equally applicable with respect to the issuance and service of additional Writs of Maritime Attachment and Garnishment upon any garnishee(s) in this District not named therein; and it is further

ORDERED, that supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED, that the U.S. Marshal for the District of Maryland or such person as this Court shall appoint in place of the United States Marshal shall serve a copy of the Writ of Maritime Attachment and Garnishment upon the Garnishee, as well as a copy of this Order, the Summons, Verified Complaint, and Garnishee Interrogatories; and it is further

ORDERED that, in lieu of service by the U.S. Marshal, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, Rule B(1)(d)(ii) of the Supplemental Rules for Admiralty or Maritime Claims, Imran Shaukat, Esq. of Semmes, Bowen & Semmes, PC counsel for Plaintiff, is specially appointed to make service of the Writ of Maritime Attachment and Garnishment (together with a copy of this Order, the Summons, Verified Complaint, and Garnishee Interrogatories). Mr. Shaukat may further appoint or engage any other person at least 18 years of age and not a party to this action to make service of the same without further order from the Court; and it is further

ORDERED, that upon service of a copy of the Writ of Maritime Attachment and Garnishment upon the Garnishee, the attached property shall be held by the Garnishee, and shall not be paid, disbursed, released, transferred or otherwise moved from the custody, possession or control of the Garnishee, until further order or upon written authorization from Plaintiff's counsel in this action; and it is further

ORDERED, that following the initial service by the United States Marshal, specially appointed counsel or other duly designated process server upon each garnishee, supplemental service of Writ of Maritime Attachment and Garnishment (together with a copy of this Order, the Summons, Verified Complaint, and Garnishee Interrogatories) may be made by facsimile transmission or e-mail to each garnishee; and it is further

ORDERED, that all persons claiming any interest in the property attached or garnished pursuant to said Order, upon application to the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment should not be vacated or further relief granted; and it is further

ORDERED, that service on any garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business on the next business day.

Dated: 6th day of December 2022, at 4:52 p.m.

*Ellen R. Hollander*
UNITED STATES DISTRICT JUDGE,
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND