AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-03147-JKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Access World Logistics (Singapore) PTE. LTD
was received by me on *(date)* 12/8/2022.

☑ I personally served the summons on the individual at *(place)* Litigation Mans., 7 St. Paul Street, Suite 820, Balt. MD 21202 on *(date)* 12/8/2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Litigation Management, who is designated by law to accept service of process on behalf of *(name of organization)* Access World Logistics (Singapore) on *(date)* 12/8/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/8/22

*Server's signature*

Randy Smith
*Printed name and title*

518 Woodduck Lane, Annapolis, MD 21409
*Server's address*

Additional information regarding attempted service, etc: