IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Baltnav Singapore Pte Ltd., | * | |
| Plaintiff, | * | Civil Action No. 1:22-cv-03147-JKB |
| v. | * | |
| Access World Logistics (Singapore), Pte Ltd., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ACCESS WORLD LOGISTICS (SINGAPORE) PTE LTD.
### MOTION TO DISMISS[1]

Access World Logistics (Singapore), Pte Ltd ("AWS Singapore") moves to dismiss the complaint for lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2). AWS Singapore incorporates its accompanying, supporting memorandum and respectfully requests this Court to grant this motion.

Dated: February 10, 2023.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
Fax 410-510-1789
jssimms@simmsshowers.com

Access World Logistics (Singapore),
 Pte Ltd Counsel

---

[1] AWS Singapore mantains its restricted appearance pursuant to Supplemental Rule C(8), which provides as follows:

> (8) Restricted Appearance. An appearance to defend against an admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, may be expressly restricted to the defense of such claim, and in that event is not an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

## CERTIFICATE OF SERVICE

I certify that on February 10, 2023 I caused the foregoing to be filed on this Court's CM/ECF system to be served on all record counsel.

/s/ J. Stephen Simms