IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Baltnav Singapore Pte Ltd., | * | |
| Plaintiff, | * | Civil Action No. 1:22-cv-03147-JKB |
| v. | * | |
| Access World Logistics (Singapore), Pte Ltd., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM SUPPORTING
ACCESS WORLD LOGISTICS (SINGAPORE) PTE LTD.
<u>MOTION TO DISMISS</u>[1]**

This Court now should grant Access World Logistics (Singapore), Pte Ltd ("AWS Singapore")'s moves to dismiss the complaint for lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2).

Baltnav makes no allegations that it has in personam jurisdiction over AWS Singapore in this District. "Moreover, as with any claim, Plaintiffs must adequately allege personal jurisdiction over the defendant in question . . . ." *Finley Alexander Wealth Mgmt., LLC v. M&O Mktg., Inc.*, No. GJH-19-1312, 2021 WL 1215769, at *10 (D. Md. Mar. 31, 2021).

---

[1] SAWS Singapore maintains its restricted appearance pursuant to Supplemental Rule C(8), which provides as follows:

(8) Restricted Appearance. An appearance to defend against an admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, may be expressly restricted to the defense of such claim, and in that event is not an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

Instead, Baltnav has alleged that there is no such jurisdiction, in order to claim for this Court to issue a Supplemental Rule B writ – in security (only) for Baltnav's future London arbitration claim ( which Baltnav, now over a month after it brought its complaint in this District, still has failed to pursue).  Baltnav alleges:

> 31.     BALTNAV  SINGAPORE brings this action solely to obtain quasi in rem jurisdiction over AWS to secure the claims to be pursued in the London arbitration more fully described above.  AWS cannot be found in the District.

Baltnav's position announced in its after-hours filing [ECF 21] this evening varies from its position in the parties' January 12, 2021 Joint Report [ECF 19] which this Court approved [ECF 20] – and at the January telephonic conference with this Court (in which, New York counsel, who signs and apparently drafted ECF 21, did not participate):

> The Parties also take this opportunity to preliminarily address this Court's January 10, 2023, Order [ECF 17] ordering Baltnav to file and serve within 30 days a motion for entry of default as to Defendant AW-Singapore, "or provide a report to the Court why such motion is inappropriate." Baltnav is still to serve AW-Singapore with the summons and complaint. **AW Singapore's answer or response to the summons and complaint is not due until at least 21 days after Baltnav makes that service**. Plaintiff reserves the right to make the referenced motion or file a report in accordance with this Court's January 10, 2023, Order.

(Emphasis added)   Despite Balnav's representation to this Court, it now [ECF 19] claims that AWS Singapore is in default.  But, how could that be given Baltnav's representation to this Court which this Court approved, that there is no AWS Singapore answer or response due until Baltnav serves AWS Singapore – which Balnav [ECF 21] confirms it still has not done.

There is no personal jurisdiction over AWS Singapore in this District.

Moreover, Baltnav has attached no property of AWS Singpore in this District, to sustain this Court's *quasi in rem* jurisdiction, that Baltnav has alleged.

This Court accordingly now should dismiss the complaint.

Dated: February 10, 2023.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
Fax 410-510-1789
jssimms@simmsshowers.com

Access World Logistics (Singapore),
Pte Ltd Counsel

**CERTIFICATE OF SERVICE**

I certify that on February 10, 2023 I caused the foregoing to be filed on this Court's CM/ECF system to be served on all record counsel.

/s/ J. Stephen Simms